**Cornell University**

Office of General Counsel

118 Sage Place
Ithaca, NY 14850
t. 607-255-5124

<u>**VIA ELECTRONIC FILING**</u>

May 7, 2026

Judge Mitchell J. Katz
Federal Building and U.S. Courthouse
15 Henry Street
Binghamton, NY 13901

   Re: <u>Church et al. v. Cornell et al.</u>
     3:26-cv-00381-ECC-MJK

Dear Judge Katz:

I have appeared in this matter on behalf of all named Defendants in this litigation ("Defendants").

I write to respectfully request:

(1) An extension of time for the Defendants to answer or move to dismiss the Plaintiffs' Complaint until June 18, 2026. The action was commenced on March 10, 2026. Defendants' response to the Complaint is currently due on May 19, 2026.  This deadline has been previously extended once on consent of the parties to accommodate service and alignment of deadlines; and

(2) That the Court adjourn the initial conference scheduled for June 9, 2026 and the mandatory disclosure date of June 2, 2026.

Defendants request the extension to respond to the Complaint to allow the parties time to continue working cooperatively to unseal records that are quoted and referenced in the Complaint and are necessary for Defendants' response to the Complaint.  Records related to some of the named Plaintiffs' underlying criminal proceedings are quoted in the Complaint (*e.g.*, CUPD bodycam footage) and have been sealed by the Ithaca City Court pursuant to CPL § 160.50.

Over the last few weeks, the parties have been working to unseal the records.  Plaintiffs have agreed to release their records.  The parties are working through the language of the release and getting any appropriate permissions from the Ithaca City Court.  The requested extension will provide time to complete this process and for Defendants to review those records as part of their response to the Complaint.

Defendants have communicated with Plaintiffs regarding the extension of time to respond to the Complaint and Plaintiffs have consented.

Separately, Defendants request an adjournment of the initial conference (June 9) and deadline for mandatory disclosures (June 2).  The extension requested above would make Defendants' response to the Complaint due after these deadlines.  Defendants intend to file a motion to dismiss the entirety of the Complaint.  Adjourning those deadlines until after the motion to dismiss is decided will promote judicial economy and protect against expensive or lengthy discovery in connection with claims that may not survive Rule 12 review.

Defendants have communicated with Plaintiffs regarding adjournment of these deadlines and Plaintiffs have not confirmed whether they consent or not to this adjournment.

Respectfully,

/s/ *Ryan T. Nelson*

Ryan T. Nelson
Associate General Counsel

cc (via ECF):  Sujata Sidhu Gibson, Esq.
              Elena L. Cohen, Esq.

2