UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

– – – – – – – – – – – – – – – – – – – – – – – – X

KATIE CHURCH, JOSH DOLAN, DINA
GINZBURG, TAIM ISREB, BARBARA TAAM,
and MILTON TAAM, individually and on behalf of
all others similarly situated,

                                                         3:26-cv-381-ECC-MJK

                Plaintiffs and Proposed Class.          PLAINTIFF'S EMERGENCY
                Representatives,                            MOTION FOR A
                                                      TEMPORARY RESTRAINING
                -against-                      ORDER AND ORDER TO SHOW
                                                      CAUSE AS TO WHY AN
                                                      INJUNCTION SHOULD NOT
                                                        ISSUE

CORNELL UNIVERSITY; CORNELL
UNIVERSITY POLICE DEPARTMENT;
MICHAEL KOTLIKOFF, in his individual and
official capacities as President of Cornell University;
KRISTIN C. HOPKINS, in her individual and
official capacities; LIEUTENANT MICHAEL
SCOTT, in his individual and official capacities;
SERGEANT KYLE SANDY, in his individual and
official capacities; OFFICER WILLIAM D.
CARPENTER, in his individual and official
capacities; OFFICER SCOTT R. GRANTZ, in his
individual and official capacities; OFFICER
BEVERLY VAN CLEEF in her individual and
official capacities; OFFICER BRYANT WYANS in
his individual and official capacities; OFFICER
JOSEPH CANZANO in his individual and official
capacities; and JOHN and JANE DOES 1–20,

– – – – – – – – – – – – – – – – – – – – – – – – X

Plaintiff Milton Taam respectfully moves, pursuant to Federal Rule of Civil Procedure 65, for a temporary restraining order enjoining Defendants Cornell University, Cornell University Police Department, and their officers, agents, employees, and all persons acting in concert with them from enforcing the Persona Non Grata notice against him issued on May 20, 2026 (the "challenged PNG") pending a hearing on a preliminary injunction.

In the alternative, Mr. Taam seeks a temporary order enjoining Defendants from enforcing the challenged PNG to prevent him from attending Cornell's 2026 Reunion, scheduled for June 4 through June 7, 2026, and other alumni, educational, public, or expressive events open to alumni or the public, provided he complies with generally applicable, viewpoint-neutral rules of conduct.

This motion is supported by the accompanying memorandum of law, the Declaration of Milton L. Taam, the Declaration of Sujata Gibson and the exhibits attached thereto, and such further evidence and argument as the Court may permit.

Plaintiff also respectfully requests expedited consideration because the 2026 Cornell Reunion begins on June 4, 2026, and the challenged PNG will exclude Mr. Taam from a time-sensitive, family-centered alumni event unless emergency relief is granted.

Defendant's counsel is aware this motion is forthcoming and opposes it. The parties have been emailing since May 27, 2026 and cannot come to a resolution without court intervention.

Dated: Ithaca, New York
      June 2, 2026

Respectfully submitted,

Gibson Law Firm, PLLC
**Sujata S. Gibson**
*Attorney for Plaintiff*

Gibson Law Firm
PLLC 120 Buffalo Street, Suite 2
Ithaca, NY 14850
(607) 327-4125
sujata@gibsonfirm.law

COHEN&GREEN PLLC

By: **Elena L. Cohen**
**Sarah Kunstler,**
**Of Counsel**
1639 Centre Street
Suite 216
Ridgewood (Queens), NY 11385
t: (929) 888-9480
elena@femmelaw.com

## COUNSEL CERTIFICATION REGARDING NOTICE

Pursuant to Federal Rule of Civil Procedure 65(b), counsel for Plaintiff Milton Taam

certifies that this application is being made with notice to Defendants. Counsel served or will

serve Defendants through CM/ECF and by email to counsel of record. Because Cornell Reunion

2026 begins on June 4, 2026, Plaintiff respectfully requests expedited consideration.


Dated: June 2, 2026
Ithaca, New York

*/s/ Sujata S. Gibson*
**Sujata S. Gibson**
*Attorney for Plaintiff*
Gibson Law Firm
PLLC 120 Buffalo Street, Suite 2
Ithaca, NY 14850
(607) 327-4125
sujata@gibsonfirm.law

COHEN&GREEN PLLC

By: **Elena L. Cohen**
**Sarah Kunstler,**
**Of Counsel**
1639 Centre Street
Suite 216
Ridgewood (Queens), NY 11385
t: (929) 888-9480
elena@femmelaw.com

Counsel for Plaintiff Milton Taam