**Cornell University**

Office of General Counsel

118 Sage Place
Ithaca, NY 14850
t. 607-255-5124

**VIA ELECTRONIC FILING**

July 30, 2026

Hon. Elizabeth C. Coombe, U.S. District Judge
Federal Building and U.S. Courthouse
P.O. Box 7255
Syracuse, NY 13261-7255

      Re:    <u>Church et al. v. Cornell et al.</u>
             3:26-cv-00381-ECC-MJK

Dear Judge Coombe:

The Parties submit this joint status report pursuant to the Court's June 15, 2026 Order.  (Dkt. 13).

Since the Parties' previous letter to the Court sent on June 11, 2026 (Dkt. 12), the Parties have engaged in good faith discussions regarding resolution of both the currently operative Complaint and the pending Preliminary Injunction motion.  Proposals have been exchanged and discussed, and discussions remain ongoing.  The Parties agree additional time to continue discussions would be helpful to potentially resolve this matter without further litigation.

The Parties respectfully request that all deadlines in the above-referenced matter continue to be held in abeyance for an additional 45 days to facilitate these discussions.  The Parties will commit to provide a status update no later than 45 days after entry of an order holding the deadlines in abeyance should the matters remain unresolved.

             Respectfully,

             /s/ *Ryan T. Nelson*
             Ryan T. Nelson
             Associate General Counsel

cc (via ECF):  Sujata Sidhu Gibson, Esq.
                Elena L. Cohen, Esq.